UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| MYLOTTE, DAVID & FITZPATRICK, | : | |
| Debtor | : | Bankruptcy No. 07-14109bf |
| THE CITY OF PHILADELPHIA, | : | |
| Plaintiff | : | |
| v. | : | |
| MYLOTTE, DAVID & FITZPATRICK A PARTNERSHIP, et al., | : | |
| | : | |
| Defendants | | Adversary No. 07-0419 |
| WILMINGTON TRUST OF PENNSYLVANIA, | : | |
| Garnishee | : | |

.................................................

ORDER

.................................................

AND NOW, this 22nd day of August 2008, for the reasons stated in a memorandum of this same date, it is hereby ordered that summary judgment is rendered in favor of garnishee Wilmington Trust of Pennsylvania and against plaintiff/garnishor City of Philadelphia.

_____
BRUCE FOX
United States Bankruptcy Judge

copies to:

Diane E. Vuocolo, Esquire
Greenberg Traurig, LLP
2700 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103

Joseph DiGiuseppe, Esquire
City of Philadelphia Law Department
1515 Arch Street,15th Floor
Philadelphia, PA 19102